UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | |
|---|---|
| AMALIA RAMIREZ CASTELANO, <br>     PETITIONER/ PLAINTIFF | ) <br> ) <br> ) |
| v. | ) <br> ) |
| CONDOLEEZZA RICE, SECRETARY OF STATE, <br> CELESTE F., DEPT. OF STATE, <br>     NATIONAL PASSPORT CENTER, <br>         and <br> UNITED STATES OF AMERICA, <br>     RESPONDENTS/ DEFENDANTS | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**EXHIBIT "A" IN SUPPORT OF**

**PETITION FOR WRIT OF HABEAS CORPUS**
**AND COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF**

Exhibit "A" consists of the letter, dated December 17, 2007, advising the Petitioner that her case had been "filed without action."

Respectfully Submitted,
s/ Lisa S. Brodyaga
17891 Landrum Park Rd.    TX Bar No: 03052800
San Benito, TX 78586    Federal ID: 1178
(956) 421-3226

CERTIFICATE OF SERVICE

I hereby certify that a copy of the above, with attachment, was served electronically on Rene Benavides, AUSA, on February 6, 2008.

s/ Lisa S. Brodyaga



**United States Department of State**
**National Passport Center**
*31 Rochester Avenue*
*Portsmouth, NH 03801-2900*
*1-877-487-2778*

December 17, 2007

Amalia Ramirez Castelano
6317 California St
Mission, TX 78574

Dear Ms. Castelano:

Since we have not received a response from you to our previous correspondence, your application is being filed without action.

Your citizenship document(s), if submitted, will be returned to you in 4-6 weeks under separate cover.

If you still wish to obtain a United States passport, you will need to reapply, submit proof of your United States citizenship and pay all fees.

To Customer. If you have any questions regarding this letter or your passport application, contact the National Passport Information Center (NPIC) toll-free at 1-877-487-2778 (TTY/TDD: 1-888-874-7793). Customer Service Representatives are available from 8:00 a.m. to 8:00 p.m., ET, Monday - Friday, excluding Federal holidays. Also, for a wealth of passport and travel information, including where to apply, visit us on line at travel.state.gov.