```
                    UNITED STATES DISTRICT COURT
                  FOR THE SOUTHERN DISTRICT OF TEXAS
                           McALLEN DIVISION


AMALIA RAMIREZ CASTELANO, et al          )
       PETITIONER/ PLAINTIFF             )
                                         )
v.                                       )
                                         )   CA M-08-057
CONDOLEEZZA RICE, SECRETARY OF STATE,    )
              and                        )
UNITED STATES OF AMERICA,                )
       RESPONDENTS/ DEFENDANTS           )
                                         )
```

#### (SEALED) EXHIBIT "A-2" IN SUPPORT OF

#### PETITION FOR WRIT OF HABEAS CORPUS
#### AND COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF

Sealed Exhibit "A-2" consists of the letter from the Department of State, dated March 7, 2008, in which Plaintiff Castelano's passport application is "filed without further action."

Respectfully Submitted,

s/ Lisa S. Brodyaga
17891 Landrum Park Rd.          TX Bar No:  03052800
San Benito, TX 78586            Federal ID: 1178
(956) 421-3226

CERTIFICATE OF SERVICE

I hereby certify that a copy of the above, with attachment, was served electronically on Rene Benavides, AUSA, on April 7, 2008.

s/ Lisa S. Brodyaga