| NAME | JURISDICTION | CONVICTION |
|---|---|---|
| ALANIS, ELODIA | BROWNSVILLE | |
| ALANIS, PAULINA | | |
| ALEXANDER, MR. ALEXANDER | | |
| ALEXANDER, MRS. ALEXANDER | | |
| ALVAREZ, LINDA | VICTORIA | |
| ALVEAR, CONCEPCION | CAMERON CO | |
| ALVIZO, ANITA | HIDALGO | |
| ANZALDUA, URSULA | HIDALGO CO | |
| ARANA CASTELAR, JOSE LUIS | LAREDO | 06-26-87 |
| ARELLANO, GUADALUPE | EAGLE PASS | 07-24-69 DIED 01-02-75 |
| ARRELLANO, GUADALUPE | DEL RIO | 02-25-69 |
| ARTEAGA, TERESA | | |
| BARREA, OLIVIA | | |
| BARRERA, BERTHA | | |
| BARRERA, OLIVIA SALAZAR | | |
| BARRERA, SYLVIA | HIDALGO CO | 03-22-91 |
| BENAVIDES, MARIA YOLANDA | BROWNSVILLE | |
| BENAVIDES, REBECA | CAMERON CO | AKA OCHOA, REBECA |
| BENAVIDES, YOLANDA | BROWNSVILLE | |
| BERNAL LUCAS, GLORIA | BROWNSVILLE | 8-4-97 |
| BROOKS, LUCY MAE | LAREDO | 12-09-83 |
| CALDERON, FLORA | LAREDO | |
| CALLE, DE LEON, JULIA | HOUSTON | |
| CAMACHO, VIRGINIA | | |
| CANDELAS, CANDELARIA | SANTA BARBARA, CA | |
| CANTU, APOLONIA | EAGLE PASS | |
| CANTU, JUANITA | | |
| CARDONA, JOSEFINA | | |
| CASTILLO DE LA GARZA, MARIA DOLORES | BROWNSVILLE | |
| CASTILLO, MARIA DOLORES | | |
| CASTILLO, MATIANITA | SALINERO | 11-11-69 |
| CASTILLO, NORBERTA DE | | |
| CASTORENA, LYDIA | CAMERON | |
| CASTRO, DELFINA | DONNA | |
| CENCIREOS, JOSE ANGEL | CARRIZO SPRINGS | |
| CHA, ANTONIA | LEVELLAND, LUBBOCK | |
| CHAIRE DE SOLORZANO, MARIA | EAGLE PASS | |
| CHAPA, LYDIA ROSA | BROWNSVILLE | |
| CHAPA, SAN JUANA | BISHOP | |
| CHAVEZ, JUAN MANUEL | | |
| CHAVEZ, MARIA DOMINGA DE LEON | CAMERON CO | |
| CHAVEZ, SOFIA | CAMERON CO | |
| CHAVIRA, POMPOSA LOPEZ | | |
| CHI DE KING, ISIDORA | BROWNSVILLE | 05-31-95 |
| CISNEROS, PAULA | CAMERON CO | |
| COLUNGA, MARY R | HOUSTON | |
| COLUNGA, RITA | SAN JUAN | |
| COLUNGA, SYLVIA CONTRERAS | HOUSTON, HARRIS CO | |
| CONTRERAS, JOSEFA P | CAMERON CO | |
| CONTRERAS, MARIA YOLANDA | | |
| CONTRERAS, YOLANDA B | | |
| CORDOVA, JOSEFINA B | CAMERON CO | |
| CORTEZ, PETRA | | |
| CORTEZ, PETRONILA GUERRERO | | |


EXHIBIT A

| Name | Location | Date/Notes |
|---|---|---|
| CROSBY, HORTENCIA | EAGLE PASS | |
| CRUZ, RACHEL RUTH | HARRIS CO | |
| CUELLAR, JESUSA | DONNA | |
| DAVILA, LOLA | CAMERON CO | |
| DAVILA, MARIA PETRA | | |
| DE LEON, CLARA | BROWNSVILLE | 11-30-81 |
| DE LEON, GUADALUPE | BROWNSVILLE | 01-06-86 |
| DE LEON, MARIA DOLORES | | 04-09-82 |
| DELGADO, CLARA | BROWNSVILLE | |
| ELIZONDO, MARIA ESTHER | | |
| ESQUIVEL, GUDELIA | SAN DIEGO | |
| ESQUIVEL, ROSALINDA | BROWNSVILLE | 04-20-95 |
| ESTORGA, PAULINE | AMHERST, LAMB CO | CONFESSED |
| ESTRADA, CATALINA CHAVEZ | | |
| FAINM, ANNIE | PALESTINE | |
| FEELY, VIDALA | MISSION | DIED 1973 |
| FERNANDEZ, DE VALLE CAROLINA | LAREDO | |
| FLORES, CARLOTA | AMHERST, LAMB CO | CONFESSED |
| FLORES, FERMINA L | BROWNSVILLE | |
| FRANCO, VICTORIA | CRYSTAL CITY | |
| GALAVIS, MARIA LOURDES | BROWNSVILLE | 6-6-86 |
| GAMBOA, MARIANA | | DIED |
| GAR, FRANCISCA | BROWNSVILLE, CAMERON CO | 02-03-84 |
| GARCES MORENO, FRANCISCA | BROWNSVILLE | 02-03-84 |
| GARCIA, FRANCISCA | | |
| GARCIA, ISABEL | | |
| GARCIA ROJAS, MARGARITA | WARD CO, BROWNSVILLE | 12-12-96 |
| GARZA, BARRERA GUADALUPE | CAMERON CO | |
| GARZA, JUANA | | |
| GARZA, LYDIA RICHMOND | | ??-??-?? |
| GARZA, MATIAS | HARLINGEN | |
| GOMEZ, EULALIA | MARKHAM | 01-26-84 |
| GOMEZ, EULALIA | BROWNSVILLE | 03-01-84 |
| GONZALES, DELFINA | MARKHAM | |
| GONZALEZ CONDE, GUADALUPE | | |
| GONZALEZ, ANTONIA | | |
| GONZALEZ, CONDO GUADALUPE | | |
| GONZALEZ, ENRIQUETA | BROWNSVILLE | 5-26-96 |
| GONZALEZ, GUADALUPE | BROWNSVILLE, CAMERON CO | CONFESSED, DIED 11-26-83 |
| GONZALEZ, MARIA GUADALUPE | HIDALGO CO | |
| GONZALEZ, MERCADO | | |
| GONZALEZ, PORFIRIA | DALLAS | |
| GONZALEZ, SARA G | BROWNSVILLE | |
| GONZALEZ, VDA. DE MOYA CAROLINA | | |
| GONZALEZ, YSABEL (ISABEL) | SAN JUAN | LICENSE REVOKED 10-87 |
| GONZALEZ, BENITA M | BAYTOWN | |
| GRANILLO, TASALIA SANCHEZ | EL PASO | |
| GROMELLO, ROSALIA | BROWNSVILLE | |
| GUAJARDO, ANGEL | | |
| GUAJARDO, EGLENTINA D | BROWNSVILLE | |
| GUAJARDO, MARIA | RIO GRANDE CITY | |
| GUAJARDO, MARIA | LEVELLAND | DIED 07-02-79 |
| GUAJARDO, PAULA | | |
| GUERRA DE LOPEZ, MA DE LOS ANGELES | BROWNSVILLE | |
| GUERRERO, MARGARITA | LAREDO | |
| GUERRERO, PETRONILA CORTEZ | | |

| Name | Location | Date |
|---|---|---|
| GUITERREZ GALINDO, CLIFTENE | TERLINGUA | |
| GUITERREZ, MARIA | SAN ISIDRO, LAKE FERINA | |
| GUZMAN, DORA | | 09-30-82 |
| GUZMAN, DORA ESTELA | | |
| HERNANDEZ, ALEJANDRA | BROWNSVILLE | 04-30-68, DIED 04-06-7? |
| HERNANDEZ, ALEJANDRA DE MARTINEZ | CAMERON CO | |
| HERNANDEZ, ALEJANDRO | CAMERON CO | 04-30-68 |
| HERNANDEZ, CAROLINA | LAREDO | |
| HERNANDEZ, CATALINA | EAGLE PASS | 01-29-61 |
| HERNANDEZ, CATALINA | EAGLE PASS | 02-17-69 |
| HERNANDEZ, ESTHER | | |
| HERNANDEZ, JUANA | EDINBURG | |
| HERNANDEZ, MANUELA NELLIE | EDNA | |
| HERNANDEZ, MARIA E | LAREDO | 02-19-85 |
| HERNANDEZ, MARIA ESTHER | LAREDO | 08-30-85 |
| HERNANDEZ, RAFAELA | RICHMOND | |
| HERNANDEZ, RITA | EAGLE PASS | |
| JIMENEZ, JOSE J | EAGLE PASS | |
| JIMENEZ, MARIA ELODIA (SANCHEZ) | HIDALGO CO | 08-17-82 |
| JIMENEZ, MARIA Z | | |
| LEZA, DE LEON, DOLORES | MCALLEN | 04-09-82 |
| LIMA, JOSE RAMON | | |
| LONGORIA, FLORENCE | GRACIASVILLE | |
| LOPEZ, EMMA F | LAREDO | |
| LOPEZ, EUFEMIA GUITERREZ | | |
| LOPEZ, MARIA DE LOS ANGELES | | AKA GUEVARA DE LOPEZ, MARIA |
| LOPEZ, MARIA S | LAREDO | 04-22-77 |
| LOPEZ NAVA, ELIZABETH | BROWNSVILLE | 6-12-86 |
| LOWES, BETTY | MCLENNAN | |
| LOYA, TOMASA LOYO RODRIGUEZ | CAMERON CO | |
| LUCAS BERNAL, GLORIA | BROWNSVILLE | 03-19-85 |
| LUCAS, GLORIA BARRERA (BERNAL) | BROWNSVILLE | 03-19-85 |
| LUNA, LEONOR | EDINBURG | |
| MACIAS DE GALAVIZ, MARIA | | ??-??-?? |
| MAGALLAN, RITA A | MISSION | 02-20-73 |
| MALDONADO, DOMINGA | | |
| MARTINEZ HERNANDEZ, MARTA A | | 05-31-95 |
| MARTINEZ, ALBINA | MCALLEN | |
| MARTINEZ, ALEJANDRA | | |
| MARTINEZ, BASILIA | PROGRESO | |
| MARTINEZ, MANUELA | BROWNFIELD | |
| MARTINEZ HERNANDEZ, MARTA A | BROWNSVILLE | 05-31-95 |
| MARTINEZ, MARTHA | | ??-??-?? |
| MARTINEZ, ROSA C | LAREDO | ??-??-?? |
| MARTINEZ, CONCEPCION | DONNA | |
| MASCORRO, MARGARITA G | | 02-26-91 |
| MEADE, ELISA | CAMERON CO | 06-06-86 |
| MEADE, ELISA PEREZ DE | | 06-06-86 |
| MEDINA, JOSEFA | CAMERON CO | |
| MELENDEZ CALDERON, JUANITA | LAREDO | 08-03-84 |
| MELENDEZ, JUANITA | LAREDO | 08-03-84 |
| MELENDEZ, JUANITA CALDERON | | 08-03-84 |
| MENDOZA, VICENTE | MORTON | |
| MOLINA, BERTHA | EL PASO | |
| MORENO, IRMA | | |

| Name | Location | Notes |
|---|---|---|
| MORENO, MARIA DE JESUS | BROWNSVILLE | |
| MORENO, MARIA DE LA ROSA | | |
| MORENO, MARIA DEL PILAR | EDINBURG | |
| MORENO, MARIA IRMA | BROWNSVILLE | 02-27-86 |
| MOYA, CAROLINA | CAMERON CO | |
| MUNIZ, JUANA T | | |
| NAHO, ARMANDO | | |
| NANEZ, MARGARITA | DUMAS | |
| NASCORRO, MARGARITA G | HOUSTON, WESLACO | 02-26-91 |
| NAVARRO, MARTINA | MERCEDES | |
| OCHOA, REBECA BENAVIDES DE | BROWNSVILLE | |
| OLBERA, PETRA | LAREDO | AKA OLVERA, PETRA |
| ORTIZ, DE LEON GUADALUPE | LAREDO, BROWNSVILLE | |
| PADILLA, BENITA | EAGLE PASS | |
| PADILLA, PETRA | SAN JUAN | |
| PADILLA, TERESA | CAMERON CO | ??-??-?? |
| PALACIOS, GUADALUPE | LAREDO | 04-28-77 |
| PALACIOS, GUADALUPE M | LAREDO | 04-28-77, DIED 10-15-8? |
| PEDRAZA, ALVINA M | CAMERON CO | |
| PENA, EMMA | RAYMONDVILLE | |
| PEREZ DE MEADE, ELISA | BROWNSVILLE | 6-6-96 |
| PINA, GLORIA | HAMMOND, IN | |
| PINA, LIBRADA | FT STOCKTON | 04-30-90 |
| PINEDA, MARIA DE LOS ANGELES | MCALLEN | 10-01-95 |
| QUINTANILLA, ELENA | CAMERON CO | |
| RAMIREZ, MARIA E | | |
| RAMON, SEVERIANA | LAREDO | |
| RAMOS DE ALVEAR, CONCEPCION | BROWNSVILLE | 4-30-97 |
| RAMOS, SEVERIANA CASTILLO DE | LAREDO | ??-??-??, AKA SEVERIANA ORD |
| REZA, JUANA | | |
| RIOJAS, HAROLD | EDINBURG | |
| RIVERA, JOSEFA | | |
| ROCHA, MARIA | | |
| RODRIGUEZ, CATALINA | | |
| RODRIGUEZ, CORCINA PENA | EDCOUCH | DIED |
| RODRIGUEZ, ELENA GARZA | SAN BENITO | |
| RODRIGUEZ, JUANITA | EAGLE PASS | DIED 06-23-76 |
| RODRIGUEZ, ROSARIO L DE | BROWNSVILLE | |
| RODRIGUEZ, SOTERA | SAN ANGELO | |
| RODRIGUEZ, VIVIANA | DONNA | |
| ROMAN, SEVERIANA | | |
| ROMERO, PATRICIA | CHICAGO, IL | |
| ROSAS MARIA CASTILLO | | DIED |
| SAENZ, MANUELA | MCALLEN | DIED 09-10-67 |
| SALAZAR BARRERA, OLIVIA | BROWNSVILLE | 10-04-84 |
| SALAZAR, NETA | | AKA NETA VAN WINCKLE |
| SALAZAR, OLIVIA BARRERA | BROWNSVILLE | 10-04-84 |
| SALDIVAR, TRINIDAD AVILA | | |
| SALINAS, JOSEFINA | | |
| SALINAS, JULIA | | |
| SANCHEZ DE GRANILLO, ROSALIA | | |
| SANCHEZ DE JIMENEZ, MARIA ELODIA | | 1982 |
| SANCHEZ, FRANCIS M | CAMERON CO | |
| SANCHEZ, PETRA | | DIED 1973 |
| SANCHEZ, ROSALIA | EL PASO | |
| SANCHEZ, SYLVIA BARRERA | HIDALGO CO | ??-??-?? |

| Name | Location | Date |
|---|---|---|
| SANCHEZ, SYLVIA BARRERA | SAN JUAN | ??-??-?? |
| SANDOVAL, MARIA DE JESUS M | BROWNSVILLE | 03-22-85 |
| SANMIGUEL, GUADALUPE | EAGLE PASS | |
| SANTOS ARMENDARIA, DR HECTOR | PRESIDIO | DIED 10-18-79 |
| SIRIO, JOSEFA | NEW BRUNFELS | |
| SMITH, MARY ELIZABETH | | |
| SOSA, CELIA TIJERINA DE | | |
| SOSA, TORRES JUAN CARLOS | | |
| STILLMAN, TOMASA | | |
| TAFOYA, MARIA ELENA | BROWNSVILLE | 04-20-95 |
| TANGUMA, JULIANA | STARR CO | |
| TRANMIL, FLAVIA | LAREDO | |
| TREVINO, JACINTA | BROWNSVILLE | |
| TULLOS, STEVE | BROWNSVILLE | |
| URIBE, CONCEPCION | BROWNSVILLE | 4-20-95 INDICTED FLED TO MEXICO |
| VALDEZ, GARZA JUAN | HIDALGO CO | |
| VALLE, CAROLINA | LAREDO | |
| VARGAS, VIRGINIA | | |
| VASQUEZ, JORGE CAMPBELL | | |
| VASQUEZ, MARCELINA | VICTORIA | |
| VELA, FELICITAS | BROWNSVILLE | 12-06-84 |
| VILLARREAL, TERESA ORNELAS | | |
| VILLASANA, ANITA C | DALLAS | |
| VITTE, VICENTE | BROWNSVILLE | 12-30-76 |
| VITTLE, BICENTA (ARVIZU) | | |
| WILLIAMS, LOU ANN (ANNIE) | FLORYDADA | 04-03-87 |
| WRENN, WILLIE BEATRICE | SAN ANGELO, TOM GREEN CO | |
| ZAPATA, LYDIA | SUNLAND PARK | |

revised 10/09/02